**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60468-CIV-SMITH**

TAYLOR MADE GOLF COMPANY, INC., *et al.*,

                Plaintiffs,

v.

TATATADBG, *et al.*,

                Defendants.
                                   /

## ORDER GRANTING MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

This matter is before the Court on the Motion for Entry of Preliminary Injunction [DE 6] filed under 15 U.S.C. § 1116, Federal Rule of Civil Procedure 65, and The All Writs Act, 28 U.S.C. § 1651(a), by Plaintiffs, Taylor Made Golf Company, Inc., Acushnet Company, Roger Cleveland Golf Company, Inc., Sumitomo Rubber Industries, Ltd., Karsten Manufacturing Corporation, and Parsons Xtreme Golf, LLC.   Plaintiffs ask the Court to enter a preliminary injunction against Defendants, the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" hereto. The Court convened a hearing on April 23, 2020, at which only counsel for Plaintiffs was present and available to present evidence supporting the Motion. As discussed below, Plaintiffs have satisfied the requirements for issuance of a preliminary injunction.

## I.    BACKGROUND

The following factual background is taken from Plaintiffs' Complaint [DE 1], the Motion, and supporting evidentiary submissions and exhibits.

Taylor Made Golf Company, Inc. is the owner of the following trademarks (the "Taylor Made Golf Marks"), which are valid and registered on the Principal Register of the United States Patent and Trademark Office (USPTO):

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| TAYLOR MADE | 1,200,542 | July 6, 1982 | IC 028. Golf Clubs |
| TAYLOR MADE | 1,374,009 | December 3, 1985 | IC 028. [ Golf Balls, ] Golf Bags and Golf Club Head Covers |
| TAYLOR MADE | 1,420,059 | December 9, 1986 | IC 018. Golf umbrellas.<br>IC 025. Golf hats, visors and golf gloves.<br>IC 028. Golf bag travel covers and golf equipment bags |
| TAYLOR MADE | 1,424,909 | January 13, 1987 | IC 025. Men's and women's golf clothing, namely, caps, shirts, [blouses, sweaters, slacks, skirts] and golf gloves |
| RESCUE | 2,092,034 | August 26, 1997 | IC 028. Golf clubs. |
| *TaylorMade* | 2,557,110 | April 2, 2002 | IC 018. Golf umbrellas, luggage and bags, namely, non-canvas tote bags, for golfers.<br>IC 025. Clothing, namely, hats, visors, caps, [ shirts, skirts, blouses, sweaters, slacks, shorts, jackets, coats, pullovers, cardigans and shoes ].<br>IC 028. Golf equipment, namely golf clubs, golf grips, putters, shafts, golf balls, golf gloves, golf tees, golf club covers, and golf bags |
| *(logo)* | 2,557,111 | April 2, 2002 | C 018. Golf umbrellas, luggage and bags, namely, non-canvas tote bags, for golfers.<br>IC 025. Clothing, namely, hats, visors, caps, [ shirts, skirts, blouses, sweaters, slacks, shorts, jackets, coats, pullovers, cardigans and shoes ].<br>IC 028. Golf equipment, namely golf clubs, golf grips, putters, shafts, golf balls, golf gloves, golf tees, golf club covers, and golf bags. |
| *TaylorMade* | 4,564,858 | July 8, 2014 | IC 025. Shirts, t-shirts |
| *M2* | 5,076,513 | November 8, 2016 | IC 028. Golf clubs. |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| GEOCOUSTIC | 5,193,052 | April 25, 2017 | IC 028. Golf clubs. |
| TWIST FACE | 5,589,137 | October 23, 2018 | IC 028. Golf clubs. |
| M5 | 5,759,122 | May 21, 2019 | IC 028. Golf clubs. |
| M6 | 5,759,123 | May 21, 2019 | IC 028. Golf clubs. |
| M3 | 5,760,445 | May 28, 2019 | IC 028. Golf clubs. |
| M4 | 5,760,446 | May 28, 2019 | IC 028. Golf clubs. |

(*See* Strojan Decl. [DE 6-2] ¶ 5; *see also* USPTO Registration [DE 1-2].) The Taylor Made Golf Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. (*See id.*)

Acushnet Company is the owner of the following trademarks (the "Acushnet Marks"), which are valid and registered on the Principal Register of the USPTO:

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| TITLEIST | 934,406 | May 23, 1972 | IC 028. golf equipment comprising golf balls, golf clubs, golf bags, golf gloves and golf headcovers. |
| *Titleist* | 1,155,766 | May 26, 1981 | IC 028. golf equipment, namely, golf balls, golf clubs and golf bags. |
| NEWPORT | 1,966,493 | April 9, 1996 | IC 028. golf putters. |
| BV | 2,231,199 | March 9, 1999 | IC 028. golf clubs. |
| VOKEY DESIGN | 2,235,383 | March 23, 1999 | IC 28. golf clubs. |
| SCOTTY CAMERON | 2,525,024 | January 1, 2002 | IC 028. golf clubs and accessories thereof. |

| | | | |
|---|---|---|---|
| (logo) | 2,527,400 | January 8, 2002 | IC 028. golf clubs and accessories thereof. |
| STUDIO DESIGN | 2,620,431 | September 17, 2002 | IC 028. Golf clubs and accessories, namely golf tees, golf gloves, golf bags, golf putters, golf drivers, golf woods, golf irons, golf green repair tools, golf club covers, and golf bag covers. |
| (crown logo) | 2,620,432 | September 17, 2002 | IC 028. Golf clubs and accessories, namely golf tees, golf gloves, golf bags, golf putters, golf drivers, golf woods, golf irons, golf green repair tools, golf club covers, and golf bag covers. |
| FOR TOUR USE ONLY | 3,136,851 | August 29, 2006 | IC 28. golf equipment, namely, golf putters and golf putter covers. |
| (circle logo) | 3,376,961 | February 5, 2008 | IC 024. golf towels.<br>IC 025. clothing, namely, jackets, shirts, hats and visors.<br>IC 028. golf equipment, namely, golf putters, golf club head covers, golf club grips and divot tools. |
| SCOTTY CAMERON | 3,421,373 | May 6, 2008 | IC 028 - Golf equipment, namely, golf bags |
| AP2 | 3,831,911 | August 10, 2010 | IC 028. golf clubs. |
| AP2 (logo) | 3,831,914 | August 10, 2010 | IC 028.golf clubs. |
| TOUR RAT | 4,189,312 | August 14, 2012 | IC 028 - Golf balls; Golf putter covers |
| (dog logo) | 4,510,737 | April 8, 2014 | IC 025. Beanies; Belts; Golf caps; Golf shorts; Golf trousers; Hats; Polo shirts; Shirts; Sweaters; T-shirts; Ties; Vests; Visors.<br>IC 028. Covers for golf clubs; Divot repair tools; Golf accessories, namely, holders specially adapted for holding golf ball markers; Golf accessory pouches; Golf bag covers; Golf bag tags; Golf bags with or without wheels; Golf ball markers; Golf balls; Golf club inserts; Golf putter covers; Golf putters; Golf tee bags; Golf tees; Putting practice mats. |

(*See* Rogan Decl. [DE 6-3] ¶ 5; *see also* USPTO Registration [DE 1-3].)  The Acushnet Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. (*See id.*)

Sumitomo Rubber Industries, Ltd. is the owner and Roger Cleveland Golf Company, Inc. is the licensee of the following trademarks (the "Cleveland Golf Marks"), which are valid and registered on the Principal Register of the USPTO:

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
|  | 1,306,203 | November 20, 1984 | IC 028. Golf Clubs |
| *Cleveland* | 2,070,051 | July 8, 2008 | IC 018. carry all bags and umbrellas. IC 025. golf apparel, namely, [shirts,] caps, visors [, sweatshirts and sweater vests] IC 028. golf clubs, golf club heads, golf club shafts, golf club grips, golf bags, golf bag covers, and golf club head covers. |
| CLEVELAND | 2,070,054 | June 10, 1997 | IC 018. carry all bags and umbrellas. IC 025. golf apparel, namely, shirts, caps, visors IC 028.  golf clubs, golf club heads, golf club shafts, golf club grips, golf bags, golf bag covers, and golf club head covers. |
|  | 2,302,251 | December 21, 1999 | IC 028. Golf clubs, and golf club heads, namely, woods, irons and putters |

| | | | |
|---|---|---|---|
| SRIXON | 2,993,532 | December 16, 1997 | IC 025. [ knitwear for sportclothes, namely, polo shirts, T-shirts, sweat shirts, sweaters, vests, cardigans; ] Golf wear, namely, [sweaters, cardigans, polo shirts, T-shirts, vests, trousers, breeches, golf hose, sweat shirts, skirts, culottes skirts, jackets, parkas, jumpers, hats ] caps, [ sun visors, and golf shoes; rainwear, namely, raincoats, rainhats and rainjackets for golfing; tennis wear, namely, polo shirts, T-shirts, breeches, skirts, sweat shirts, sweaters, vests, trousers, culottes skirts, hats, caps, sun visors, wristbands, socks and tennis shoes; ski wear, namely, ski suits, ski pants, sweaters, gloves and ski boots ]<br>IC 028. [ goods for billiards, namely, billiard balls, billiard cushions, billiard cues; goods for diving, namely, wet suits; dolls ]*Bags, namely, golf bags,* equipment for golf, especially, but not limited to, golf balls, golf clubs, [ golf tees; equipment for tennis, especially, but not limited to, tennis balls, and tennis rackets; equipment for skiing, especially, but not limited to, skis, ski poles, ski boots, and ski wax ] |
| CLEVELAND GOLF | 3,286,218 | August 28, 2007 | IC 018. Carry all bags, duffel bags, backpacks, shoe bags for travel, and umbrellas.<br>IC 024. Towels.<br>IC 025. Caps, hats, visors, shirts.<br>IC 028. golf clubs, golf club heads, golf club shafts, golf club grips, golf bags, golf bag covers, and golf club head covers |
| ZIP GROOVES | 3,463,468 | July 8, 2008 | IC 028. Golf clubs and golf club heads, namely, wedges, iron-type golf clubs [ and metal wood-type golf clubs and heads ] |

| | | | |
|---|---|---|---|
| **XXIO** | 4,188,705 | August 14, 2012 | IC 018: Sport bags,[ boston bags, carry-on bags, gym bags, leather and imitation leather bags, suitcases, school bags, shoe bags for travel, shoulder bags, textile shopping bags, tote bags, travel bags; ]umbrellas and parasols.<br>IC 025: [Coats; jackets; trousers; cardigans; sweaters; shirts; skirts; underwear; socks; gloves; athletic uniforms;] headwear, caps, hats;[ sport coats, sport shirts, sport stockings, sports bras, sports jackets, sports jerseys, sports pants, sports shirts, sports vests; boots for sports;] golf caps[, golf pants, golf shirts, golf skirts, golf shorts, golf trousers; golf shoes].<br>IC 028: Golf balls; golf clubs;[ golf gloves; ]golf bags; golf putters; golf club shafts; golf club grips; golf club heads; [golf tees; golf ball markers] |
| RTX | 4,496,993 | March 18, 2014 | IC 028. golf club heads; golf clubs; wedge-type golf club heads; wedge-type golf clubs |
| **SRIXON** | 4,625,022 | October 21, 2014 | IC 018. Bags for sports; shoe bags for sports; umbrellas and parasols.<br>IC 024. Towels of textile for sports; towels of textile.<br>IC 025. Shirts; Golf shoes; golf shirts; golf pants; golf skirts; golf trousers; golf sweaters; golf caps; golf hats; caps; headwear; visors; hats; rainwear; socks and stockings; belts being clothing; footwear.<br>IC 028. Golf clubs; golf club shafts; golf club grips; golf club heads; golf club head covers; golf balls; golf gloves; golf bags; tennis balls; tennis rackets; cases for tennis balls; cases for tennis rackets. |
| **ROTEX_FACE** | 4,464,535 | January 14, 2014 | IC 028. Golf clubs; golf club heads; golf putters |

(*See* Gingrich Decl. [DE 6-4] ¶ 5; *see also* USPTO Registration [DE 1-4].)  The Cleveland Golf

Marks are used in connection with the manufacture and distribution of high-quality goods in the

categories identified above. (*See id.*)

Karsten Manufacturing Corporation is the owner of the following trademarks (the "Karsten Marks"), which are valid and registered on the Principal Register of the USPTO:

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| PING | 704,552 | September 20, 1960 | IC 28. Golf clubs. |
| PING | 1,632,445 | January 22, 1991 | IC 28. Sporting goods; namely, golf bags, golf balls, and head covers for golf clubs |
| **PING** | 4,500,597 | March 25, 2014 | IC 028. Golf clubs, golf bags, head covers for golf clubs, travel covers for golf bags, golf gloves, divot repair tools, hat clips for holding golf ball markers, golf ball markers, golf balls, golf ball tees, stress relief balls for hand exercise, and weights for attachment to golf clubs for use as a golf swing aid |
| G400 | 5,297,270 | September 26, 2017 | IC 028. Golf clubs; Head covers for golf clubs |
| PING | 5,316,108 | October 24, 2017 | IC 028. Golf club grips |
| G400 MAX | 5,493,359 | June 12, 2018 | IC 028. Golf club |
| G410 | 5,722,628 | April 9, 2019 | IC 028. Golf clubs; Head covers for golf clubs |
| G410 PLUS | 5,752,996 | May 14, 2019 | IC 028. Golf club |

(*See* Hawken Decl. [DE 6-5] ¶ 5; *see also* USPTO Registration [DE 1-5].) The Karsten Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. (*See id.*)

Parsons Xtreme Golf, LLC is the owner of the following trademarks (the "PXG Marks"), which are valid and registered on the Principal Register of the USPTO:

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| PXG | 4,779,101 | July 21, 2015 | IC 028. Golf equipment, namely, golf clubs, and golf club grips. |
| PXG | 4,779,102 | July 21, 2015 | IC 028. Golf equipment, namely, golf clubs, head covers for golf clubs, and golf club grips. |
| PXG | 4,861,237 | November 24, 2015 | IC 028. Golf equipment, namely, golf bags, head covers for golf clubs, and golf tees. |
| DARKNESS | 5,125,912 | January 17, 2017 | IC 028. Golf equipment, namely, golf clubs. |
| SUGAR DADDY | 5,347,957 | November 28, 2017 | IC 028. Golf clubs. |
| (logo) | 5,361,552 | December 19, 2017 | IC 028. Golf equipment, namely, golf clubs, head covers for golf clubs, golf gloves, golf ball markers, divot repair tools. |
| 0311T | 5,362,424 | December 26, 2017 | IC 028. Golf equipment, namely, golf clubs. |
| 0311XF | 5,362,425 | December 26, 2017 | IC 028. Golf equipment, namely, golf clubs |
| 0311 | 5,362,426 | December 26, 2017 | IC 028. Golf equipment, namely, golf clubs. |
| 0341 | 5,362,428 | December 26, 2017 | IC 028. Golf equipment, namely, golf clubs |
| 0311 | 5,362,461 | December 26, 2017 | IC 028. Golf equipment, namely, golf clubs. |
| 0341 | 5,362,464 | December 26, 2017 | IC 028. Golf equipment, namely, golf clubs |
| 0311T | 5,362,473 | December 26, 2017 | IC 028. Golf equipment, namely, golf clubs. |
| 0311XF | 5,367,458 | January 2, 2018 | IC 028. Golf equipment, namely, golf clubs |

| PXG | 5,423,672 | March 13, 2018 | IC 028. Golf equipment, namely, golf club shafts, golf balls, golf gloves, golf ball markers, divot repair tools, and golf bag covers. |
| 0341X | 5,525,374 | June 13, 2018 | IC 028. Golf equipment, namely, golf clubs |

(*See* Ho Decl. [DE 6-6] ¶ 5; *see also* USPTO Registration [DE 1-6].) The PXG Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. (*See id.*)

Plaintiffs allege that Defendants, through e-commerce stores operating via Internet marketplace platforms under their seller identification names or commercial Internet websites operating under their domain names identified on Schedule "A" (the "Seller IDs and Subject Domain Names"), have advertised, promoted, offered for sale, or sold goods bearing what Plaintiffs have determined to be counterfeits, infringements, reproductions and/or colorable imitations of the Taylor Made Golf Marks, Acushnet Marks, Cleveland Golf Marks, Karsten Marks, and PXG Marks (collectively, the "Plaintiffs' Marks"). (*See* Strojan Decl. ¶¶ 13-15; Rogan Decl. ¶¶ 13-15; Gingrich Decl. ¶¶ 13-15; Hawken Decl. ¶¶ 13-15; Ho Decl. ¶¶ 13-15; Gigante Decl. [DE 6-6] ¶ 2; Burns Decl. [DE 6-7] ¶ 4.)

Although each Defendant may not copy and infringe each of Plaintiffs' Marks for each category of goods protected, Plaintiffs have submitted sufficient evidence showing that each Defendant has infringed, at least, one or more of Plaintiffs Marks. (*See* Strojan Decl. ¶¶ 13-15; Rogan Decl. ¶¶ 13-15; Gingrich Decl. ¶¶ 13-15; Hawken Decl. ¶¶ 13-15; Ho Decl. ¶¶ 13-15.) Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of Plaintiffs' Marks. (*See id.* ¶ 11.)

Plaintiffs' counsel retained Invisible Inc ("Invisible"), a licensed private investigative firm, to investigate the promotion and sale of counterfeit and infringing versions of Plaintiffs' branded

products by Defendants and to obtain the available payment account data for receipt of funds paid to Defendants for the sale of counterfeit versions of Plaintiffs' branded merchandise through the Seller IDs and Subject Domain Names. (*See* Strojan Decl. ¶ 12; Rogan Decl. ¶ 12; Gingrich Decl. ¶ 12; Hawken Decl. ¶ 12; Ho Decl. ¶ 12; Gigante Decl. ¶ 2; Burns Decl. ¶ 3.)  Invisible accessed the e-commerce stores and commercial websites operating under Defendants' Seller IDs and Subject Domain Names. Then Invisible placed orders from each Defendant for the purchase of various products – all bearing counterfeits of at least one of Plaintiffs' Marks at issue in this action – and requested that each product be shipped to addresses in the Southern District of Florida. (*See* Burns Decl. ¶ 4.)

Following submission of the orders, Invisible finalized payment[1] for the products ordered from Defendants to Defendants' respective payment accounts and/or payee[2] which are identified

---

[1] Invisible was instructed not to transmit the funds to finalize the sale for the orders from Defendant Numbers 23-195, so as to avoid adding additional money to Defendants' coffers. (*See* Gigante Decl. ¶ 2, n.1; Burns Decl. ¶ 4, n.1.).

[2] Defendant Numbers 1-155 operate via the non-party e-commerce marketplace platform, Wish.com, which is operated by ContextLogic Inc. The payee for the orders placed from Defendants' Wish.com Seller IDs identifies "PayPal *Wish," which is the aggregate PayPal account for purchases made Wish.com.  (*See* Burns Decl. ¶ 4 n.2; Gigante Decl. ¶ 4.)

Defendant Numbers 156-175 operate via the non-party e-commerce marketplace platform Joom.com, which is operated by SIA Joom.  The payee for the orders placed from Defendants' Joom.com Seller IDs identifies "Joom USA Inc," which is the aggregate PayPal account for purchases made via Joom.com. (*See* Burns Decl. ¶ 4 n.2; Gigante Decl. ¶ 5.)

Defendant Numbers 176-205 operate via the non-party Internet marketplace platform, AliExpress.com, and have their payments processed on their behalf using Alipay. Alipay accepts and processes payments on behalf of its individual merchants, and can tie a particular Seller ID and/or store number to a reported transaction and identify the merchant's funds held in sub-accounts within its aggregate account. Additionally, Defendant Numbers 195-197 and 202-205 use money transfer and retention services with PayPal as an alternative payment method. (*See* Burns Decl. ¶ 4 n.2; Gigante Decl. ¶ 6.)

Defendant Numbers 206-221 use money transfer and retention services with PayPal, Inc. Further, upon completion of Invisible's purchase from Defendant Number 218, no PayPal e-mail account

on Schedule "A" hereto.[3] (*Id.*)  At the conclusion of the process, the detailed web page captures and images of products offered for sale and ordered by Invisible from Defendants were sent to Plaintiffs' representatives for review.  (*See* Strojan Decl. ¶ 13; Rogan Decl. ¶ 13; Gingrich Decl. ¶ 13; Hawken Decl. ¶ 13; Ho Decl. ¶ 13; Gigante Decl. ¶ 2; Burns Decl. ¶ 4.)  Plaintiffs' representatives reviewed and visually inspected the various products and determined the products were non-genuine versions of Plaintiffs' products. (*See* Strojan Decl. ¶¶ 13-15; Rogan Decl. ¶¶ 13-15; Gingrich Decl. ¶¶ 13-15; Hawken Decl. ¶¶ 13-15; Ho Decl. ¶¶ 13-15.)

On March 3, 2020, Plaintiffs filed their Complaint [DE 1] against Defendants for federal trademark counterfeiting and infringement, false designation of origin, common law unfair competition, and common law trademark infringement. On March 6, 2020, Plaintiffs filed their *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets [DE 6]. On April 9, 2020, this Court entered an Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order (the "TRO") and temporarily restrained Defendants from infringing Plaintiffs' Marks at issue and restrained funds in the payment accounts associated with the Defendants. On April 13, 2020, this Court entered a Sealed Notice of Resetting Hearing. Pursuant to the Court's April 9, 2020 TRO, Plaintiffs properly served Defendants with a copy of the Complaint, the Court's April 9, 2020 TRO and April 13, 2020 Notice, and other filings in this matter. On April 23, 2020, the Court conducted a hearing on Plaintiffs' Motion, at which only counsel for Plaintiffs was in attendance

---

was provided on the transaction page. However, PayPal, Inc. is able to identify a PayPal account using the Transaction ID. (*See* Burns Decl. ¶ 4 n.2.)

[3] Additional contact email addresses for Defendant Numbers 194 (sales@golfsalesnow.com), 202 (297025451@qq.com), 216 (sales@golfsalesnow.com), and 220 (sales@miugolf.com) are is also identified on Schedule "A" hereto. (*See* Burns Decl. ¶ 4 n.3.)

## II.    <u>LEGAL STANDARD</u>

To obtain a preliminary injunction, a party must demonstrate "(1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F.3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case).

## III.    <u>DISCUSSION</u>

Based on declarations submitted in support of Plaintiffs' Motion, the Court concludes that Plaintiffs have a strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, or distribution of goods bearing counterfeits, reproductions, or colorable imitations of Plaintiffs' Marks, and that the products Defendants are selling and promoting for sale are copies of Plaintiffs' products that bear copies of Plaintiffs' Marks.  The infringement of Plaintiffs' Marks will likely cause Plaintiffs' to suffer immediate and irreparable injury if a preliminary injunction is not granted.  The following specific facts, as set forth in Plaintiffs' Complaint, Motion, and accompanying declarations, demonstrate that immediate and irreparable loss, damage, and injury will result to Plaintiffs and to consumers because it is more likely true than not that:

1.      Defendants own or control e-commerce stores via Internet marketplace platforms or commercial Internet websites operating under their seller identification names and domain names which advertise, promote, offer for sale, and sell products bearing counterfeit and infringing trademarks in violation of Plaintiffs' rights; and

2.      There is good cause to believe that more counterfeit and infringing products bearing Plaintiffs' Marks will appear in the marketplace; that consumers are likely to be misled, confused, or disappointed by the quality of these products; and that Plaintiffs may suffer loss of sales for their genuine products.

The potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiffs, their reputations, and their goodwill as manufacturers and distributors of quality products, if such relief is not issued.  The public interest favors issuance of the preliminary injunction to protect Plaintiffs' trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as Plaintiffs' genuine goods.  Further, under 15 U.S.C. § 1117(a), Plaintiffs may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing counterfeits and infringements of Plaintiffs' Marks. *See Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995); *Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 558–63 (9th Cir. 1992).  In light of the inherently deceptive nature of the counterfeiting business, and the likelihood that Defendants have violated federal trademark laws, Plaintiffs have good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

Accordingly, it is

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction [DE 6] is **GRANTED** according to the terms set forth as follows:

(1)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby restrained and enjoined until further Order of this Court:

    a.  From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing Plaintiffs' Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiffs; and

    b.  From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiffs, bearing and/or using Plaintiffs' Marks, or any confusingly similar trademarks; (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using Plaintiffs' Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defendant, including, but not limited to, any assets held by or on behalf of any Defendant.

(2)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of Plaintiffs' Marks or any confusingly similar trademarks, on or in connection with all Internet based e-commerce stores and Internet websites owned and operated, or controlled by them, including the Internet based e-commerce stores and Internet websites operating under the Seller IDs and Subject Domain Names;

(3)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of Plaintiffs' Marks, or any confusingly similar trademarks within metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any

advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores and Internet websites registered, owned, or operated by any Defendant, including the Internet based e-commerce stores and Internet websites operating under the Seller IDs and Subject Domain Names;

(4)     Each Defendant shall not transfer ownership of the Seller IDs and Subject Domain Names during the pendency of this action, or until further order of the Court;

(5)     Each Defendant shall continue to preserve copies of all computer files relating to the use of any of the Seller IDs and Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Seller IDs and Subject Domain Names that may have been deleted before the entry of this Order;

(6)     Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd. and Alipay.com Co., Ltd. (collectively, "Alipay"), Worldpay US, Inc. ("Worldpay"), ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"), SIA Joom, which operates the Joom.com platform ("Joom"), and PayPal, Inc. ("PayPal"), and their related companies and affiliates shall, to the extent not already done, (i) immediately identify all financial accounts and/or sub-accounts, associated with the Internet based e-commerce stores and Internet websites operating under the Seller IDs and Subject Domain Names, and/or the e-mail addresses identified on Schedule "A" hereto, as well as any other accounts of the same customer(s); (ii) identify all other accounts which transfer funds

into the same financial institution account(s) or any of the other financial accounts subject to this Order; (iii) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; and (iv) immediately divert those restrained funds to a holding account for the trust of the Court;

(7)      Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, and/or marketplace platforms, including but not limited to AliExpress, Ant Financial Services, Alipay, Worldpay, ContextLogic, Joom, and PayPal, and their related companies and affiliates, shall, to the extent not already done, provide Plaintiffs' counsel with all data that details (i) an accounting of the total funds restrained and identifies the financial account(s) and sub-account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained. No funds restrained by this Order shall be transferred or surrendered by any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, AliExpress, Ant Financial Services, Alipay, Worldpay, ContextLogic, Joom, and PayPal, and their related companies and affiliates for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court;

(8)      Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order;

(9)      This Order shall apply to the Seller IDs and Subject Domain Names, associated e-commerce stores and websites, and any other seller identification names, e-commerce stores,

websites, domain names, or financial accounts which are being used by Defendants for the purpose of counterfeiting Plaintiffs' Marks and/or unfairly competing with Plaintiffs;

(10)    Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), Plaintiffs shall maintain their previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

(11)    Additionally, for the purpose of providing additional notice of this proceeding, and all other pleadings, orders, and documents filed herein, the owners, operators and/or administrators of the Internet marketplace website, financial institution, including but not limited to, including but not limited to, AliExpress, Alipay, ContextLogic, Joom, PayPal, and eBay.com, and their related companies and affiliates shall, at Plaintiffs' request, provide Plaintiffs' counsel with any e-mail address known to be associated with Defendants' respective Seller IDs;

(12)    This Order shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated by the parties.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of April, 2020.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER, SELLER ID, SUBJECT DOMAIN NAME,**
**STORE NUMBER, ASSOCIATED PAYMENT ACCOUNT AND ADDITIONAL E-MAIL**

| Defendant Number | Defendant / Seller ID / Subject Domain Name | Store Number | Payment Account / Additional E-mail Address |
|---|---|---|---|
| 1 | TATATADBG | 5acc82081b98df74f444ee61 | |
| 2 | Supersonic E-commerce Ltd | 56efbbb0ebdaac30d3833099 | |
| 3 | vtdkjghk | 5d8b78320f02886e83f37509 | |
| 4 | Ftribe | 579ee54a22d7310f855c6969 | |
| 5 | I ONLY SELL GOOD STUFF | 5d4a6ffc22f30136bd99b5cb | |
| 6 | jameshop2 | 5979ad0d15da074bf7bbf8b1 | |
| 7 | NANHAI666 | 5b386a44dce0401fa11b7b58 | |
| 8 | Patisa | 5ab1e702823a3e079798900f | |
| 9 | Qinmu | 5ac5e163b722cf1bd7f40bc1 | |
| 10 | Sport Bluetooth Headset | 5ca31b199f84ef3325a0a04c | |
| 11 | stars in the ocean | 5afd0ba3dce7e525b87154eb | |
| 12 | Super Watermelon | 58afcbdb01b7d9505766629b | |
| 13 | suzhihuayan | 5ae414682fbbdc0572ba8520 | |
| 14 | tfntz1 | 5b0942642c3c1d7bec507a1a | |
| 15 | xiangwanggang | 5b07e45d2c3c1d1c19d0942c | |
| 16 | kevin2008 | 5964c685a26f6e7082570fcb | |
| 17 | No.19 Store | 58317673f327591b6fb6ee5a | |
| 18 | zfyyouth0104 | 5a38a6a595646e4d7f5dcd86 | |
| 19 | Easyboom | 5ad588d2823a3e469fac9b21 | |
| 20 | feixiangniao | 5b8a47047e35a270158c456e | |
| 21 | lucy jiayu | 5d3fbbe68388973a7113cccd | |
| 22 | zipingmama | 5b8cacf37be5992262057b56 | |
| 23 | 200 thousand one | 5b929b9bddd79d3f136c1520 | |
| 24 | 5 Star Top Store | 58aab09413ceee502d30620a | |
| 25 | Aaronw | 566799b4f30fb130c94a511e | |
| 26 | Abracadabra's Shop | 58aaaa3385391350e047e340 | |
| 27 | Alien's Fashion Store | 579705b321933e088e04bb60 | |
| 28 | amazing date store | 58a99055a7a80b6f51ecdc0b | |
| 29 | An umbrella for you | 5affd0accfb44a6c164888e9 | |
| 30 | Anlanyu | 5a01bf617b584e451f3c3abc | |
| 31 | awaitsuce | 5b9f3f41d357526369915151 | |
| 32 | aygxyyouth0106 | 5aa1f41d2fbbdc2564750876 | |
| 33 | aygxyyouth0108 | 5aa20062ddf45b1ae7a4ce1b | |
| 34 | babadous | 5799ed6a2b61d643e3c562ae | |

| 35 | baobaoxiaomeifa | 5aa91942c3911a068972b9c1 | |
| 36 | Carmen P. | 58d77ab3310f19537bbe80f6 | |
| 37 | cheongsam | 5972fa20866f281af199bae8 | |
| 38 | czyouth0133 | 59ddc2d7ef7b8979a887f300 | |
| 39 | czyouth0234 | 59e999023eb22a5636297f4d | |
| 40 | dhyyouth0103 | 5a03ff3b0f193f5c8f2f6ef2 | |
| 41 | dhyyouth0138 | 5a03fc64ddda8c4c2ff1e20e | |
| 42 | dinglingling | 58b6b18082c4455060ac109a | |
| 43 | djklxdhjk | 5ad996a5ccf0c8665436585b | |
| 44 | Dream Maker 2017 | 583fae6f96a74e4c8cc154aa | |
| 45 | Finenglilys | 5b8a19bd7e35a262e48c50b2 | |
| 46 | Forging Master | 56627645bcf1802405a97c9d | |
| 47 | friendlyhouse | 566fc54d3a698c7e354d46a3 | |
| 48 | GK Fashion | 57d24adfff06cb2d75db11a6 | |
| 49 | gooshelly | 57a04a3e0f569936f0be1308 | |
| 50 | Green Bamboo Grove Hotel Articles | 5b4af69314f3354213a7f5aa | |
| 51 | GSLS | 5abd970b22fad71d2e32e4ea | |
| 52 | here is shop | 566254ac2e0c3e2411d1ccb4 | |
| 53 | Hey Ian | 56c70d61b7e25413742d4346 | |
| 54 | Hogwarts School | 58cf827d9225295056b21a49 | |
| 55 | jetsun5022 | 5b6a9960b54eb621bae58d60 | |
| 56 | jiaxuechao | 5b2c6f96337afb4ac77f7dd8 | |
| 57 | jinhonglongfang | 5b0a3000c258692f82ffba3d | |
| 58 | kangfei | 5b87d981a3b4ea1779c89dbb | |
| 59 | kekayigui | 5af1155c5560e01ce1fa5645 | |
| 60 | King Cover Tiger | 58ad2ee008de0c6e019d97b1 | |
| 61 | Lancy cui | 5ac19a75a6bf7a0568ef7a57 | |
| 62 | Lbaodan | 5c8c5fdb3d2ce13191b8ad87 | |
| 63 | leaderHC | 5b8b79f69996c87b299c1e52 | |
| 64 | Left the shop | 5ac76c2bc989495b9ec44ef9 | |
| 65 | LIJIANZ | 5aafdb98972233590b43442f | |
| 66 | Linda oven | 5d510ddc933fb16bf0bb1e33 | |
| 67 | linhanhan | 595479849579d83a22c28355 | |
| 68 | liuliul | 5b8937716cff996825d949d1 | |
| 69 | LLLoottesy | 5d41478f0ff7f947c0e24d61 | |
| 70 | longchenc | 5b304d900f19c5190cc329dd | |
| 71 | LUCKAA | 5d4285e270327a66411eec25 | |
| 72 | Millionaire Agel Ecommerce Ltd | 55efd7de655d3b427fa66340 | |

| 73 | Miss pudding Agel Ecommerce Ltd | 565a970a4a29f91c477104ea | |
| 74 | Mother huang | 5922a575fc9cce6d5cb43a51 | |
| 75 | Mozart | 55fa8ae77575fb52d0a2efaf | |
| 76 | My Trend Fashion | 57b6ada1b9acf507cd503cd1 | |
| 77 | MY Vogue Store | 57b30ecdc7b88f18e4e898f7 | |
| 78 | nightstreet | 582579c9a6e3f048a5a0a2df | |
| 79 | Ningbo Millionaire Network Technology Co., Ltd. | 591aa2f971a2f219d7083620 | |
| 80 | ningbo outsell | 55779ab53cef831e02f69412 | |
| 81 | ningboshangbang | 57a84c8683326770a3801643 | |
| 82 | ningzhongxiang654321 | 5af2a0c04327d118dbd63e74 | |
| 83 | pipixiadeai | 5adeb9fa421595351d87dea4 | |
| 84 | popaduda | 57c95630c5f14b1ffca4c744 | |
| 85 | Powerful my brother | 58be8b7e6e114a50fc10c237 | |
| 86 | QVying | 5b4c43a076cbe7226fd49ef0 | |
| 87 | qwerta | 59489af3591b3f2cc7048016 | |
| 88 | renxingbenshan | 5b7a2c73fbcfde166a3e61d3 | |
| 89 | Richman Electronic commerce co., LTD | 55efe2f03a698c22f7316812 | |
| 90 | ruanzhenxia | 5aa4eb3640626a42b026fab8 | |
| 91 | Running Go Go Go | 58b90d4757159f510d51c46b | |
| 92 | Samdigeolove | 5aa0cfe7b722cf6e49381494 | |
| 93 | sanfori_003 | 5d3d5a8be13a7e141cf35c01 | |
| 94 | shalaxiyashishangnvzhuangdian | 5b21e3a47752c81d46b5d79e | |
| 95 | shaoyong | 5a9e4bd028a2b31210fe8242 | |
| 96 | ShiningStaring | 59cb08a58ee78d5b5f4cfaaf | |
| 97 | Sports Lovers From Afar | 5cedf85ccf7af630cfe1ba2a | |
| 98 | Sports station | 5934dcc483eb5538469e11a6 | |
| 99 | sssszhiyuan | 5b8e2a34fdcedd1993ecb977 | |
| 100 | TOTFASHION | 57e62cf006036b63aada02f1 | |
| 101 | UFO SHOP1 | 584924f324aff94cd7084ab5 | |
| 102 | uwioncy | 5b9261b31e174e25d91205f6 | |
| 103 | Vivian1 | 57bffb7d4b56d62350910e1d | |
| 104 | vt91xnm | 5ac1b775b722cf6dc12962a7 | |
| 105 | Walk into your heart Shop | 5cd643e1111095038e3023cf | |
| 106 | wangdongyang987 | 5abb6239b722cf6c270fbc3a | |
| 107 | Wangxiningsi | 5acdc249a6f62e108e20c9e8 | |
| 108 | wangyuming7864 | 5aba157eaac71f44ab920b8e | |

| 109 | Wenzhou Jiangnan Leather Factory | 58355998728de6185ec2bc2d | |
| 110 | xiejian8 | 5b061d3f80e9f71979229874 | |
| 111 | xinyizips | 5b0a15d7cdd39a16f89b86d0 | |
| 112 | XUELINhardworking | 5aebd76f3b527c613637c673 | |
| 113 | xwhxixi | 58cb84bf99cb236a955ee594 | |
| 114 | YANGYANGSH | 5b87ba536cff9921bb86e51b | |
| 115 | You Favorite Fashion | 57ac4644663fcd1892733bc6 | |
| 116 | yuhuai | 5d4faf967edfad21000a734b | |
| 117 | Yyh | 571b084891aaa15b08dccd52 | |
| 118 | zgszyouth0110 | 59f29be837f9f85fcdc55a7f | |
| 119 | Zhang Liangbin's shop | 5acd71389722332d1975ac73 | |
| 120 | zhangdiqqrs | 5b840d3456f6fd1a8d0c9ad2 | |
| 121 | zjjryouth0166 | 59ddd285b2d3eb7176b52126 | |
| 122 | ABDC | 58aa658221bbe75186ec1ca2 | |
| 123 | BAODANFU | 5b6bbd49a12c8429a9e9f397 | |
| 124 | castle E-commerce | 565d5d50675dec39fc92d271 | |
| 125 | czyouth0126 | 59ddc2fdd87bf13c0f3e295a | |
| 126 | fgxunfsao546fasd | 5ae4236dc2c892188a469173 | |
| 127 | funnycushion | 5797135b141f7e7f794958c2 | |
| 128 | Gyroscope | 58fb3d80c509bf4bf8097d7b | |
| 129 | hansongtiaoliao | 5b025c62eb411319e771bf9d | |
| 130 | HGJNBMK | 5d410ed570327a1c7900f54e | |
| 131 | lujianjun | 5d5dd5291d86292dcd231622 | |
| 132 | maoshanwang | 57e6281886390902ab8652c2 | |
| 133 | nimengfu | 5b4871bdecca4d3b25db80c2 | |
| 134 | pickhimup | 589d56d23205e1583d3aeb39 | |
| 135 | sunyuting | 58de51d7f7f46352f59f0d3d | |
| 136 | afriansports | 5d8ad09d0535554a481e2932 | |
| 137 | Boucheron | 5d7895187034ab4e12f32881 | |
| 138 | gvvfff1 | 5aee95401c250003bdfbe734 | |
| 139 | hong cheng golf | 5b6fb51dcfde143945d70987 | |
| 140 | Luoqun8502 | 5dfc9d243aff1115074f43c7 | |
| 141 | luxuryed | 58c2a704ae99c6512e8d8f05 | |
| 142 | Maliye Mutuoheti | 5e008a7dbd71d407802eee34 | |
| 143 | qintiansedgf3 | 5addb0c4ccf0c806beca8049 | |
| 144 | Xingyunfish Babyclothes | 5e0080072092c4748840756d | |
| 145 | zgszyouth0109 | 59f2a103448a5260dee5a23e | |
| 146 | Canales | 5d01ec8060a5fa03ec24580b | |
| 147 | lingjiaxiaodian | 5b3dc4010b220e1520bce766 | |

| 148 | wuxingolf | 5c57dadc8be4db069766745f | |
| 149 | Big Head33 | 58abd6dd8ae5be50ee924418 | |
| 150 | mmoyanjingpu | 5b39cd3b47162f15de766600 | |
| 151 | molidong | 5791afa7eaa14d63afb71846 | |
| 152 | suyansy121 | 5b72536759030b203b8b8d38 | |
| 153 | xiaorongying | 5cf5f055c425452b3297e734 | |
| 154 | zhouyangsh | 5a418fc595646e0be28653ce | |
| 155 | zyhyouth0102 | 5b1e47e4daac45276beb91c7 | |
| 156 | Cr-Store | 5ca30abd1436d4030167cba3 | |
| 157 | FLWContest | 5af005688b4513038346e739 | |
| 158 | Golf flagship store | 5d393c048b4513030100e000 | |
| 159 | Leonardo da Vinci | 5af03aad1436d40316f101c6 | |
| 160 | Moon-nooM | 5baaef4e1436d40362886aad | |
| 161 | Pet-Baby | 5c9a0d476ecda80301555955 | |
| 162 | Popular toy store | 5b70da2f8b451303a2fc6a61 | |
| 163 | RRR-DaMAI | 5c5248b38b2c3703011c4ea0 | |
| 164 | RU.AOLUNDO | 5c9860546ecda80301b0471d | |
| 165 | Sillly yee | 5ba0a3de8b4513037770e77a | |
| 166 | Small Decoration | 5af657098b2c370319407d00 | |
| 167 | Style Trend | 5b6cef558b2c3703bfd8d596 | |
| 168 | Super Grocery Store | 5ba0a4501436d4032e1da52b | |
| 169 | women fashion style shoes | 5bac40788b4513038f406fc3 | |
| 170 | Alley oop | 5b97310a8b4513030772db5c | |
| 171 | RRR-Jchewang | 5c5249b328fc71030101ff8e | |
| 172 | FQQ | 5cb5a0021436d40301040054 | |
| 173 | haleyhaley | 5ba0a1e38b2c3703eb7cef43 | |
| 174 | Outdoor sporting goods store | 5b70d9658b451303a2fc6703 | |
| 175 | Women All Bags | 5bac46f91436d4033bd99be4 | |
| 176 | Champkey Global Technologies Store | 2663117 | |
| 177 | Duncansports Store | 5078045 | |
| 178 | HCgolf2019 Store | 5067258 | |
| 179 | XLD Store | 5373036 | |
| 180 | BYAVE Store | 5384123 | |
| 181 | Canales Store | 5064198 | |
| 182 | Floor price Store | 5233012 | |
| 183 | HongChengSports Store | 5255185 | |
| 184 | Hosskey Store | 4529016 | |
| 185 | Mutually beneficial Store | 5307002 | |
| 186 | Shop5252180 Store | 5252180 | |

| 187 | Summitgolf Store | 5415029 | |
| 188 | supergolf Store | 3515005 | |
| 189 | wuxingolf Store | 5205010 | |
| 190 | xinghegolf Store | 5383117 | |
| 191 | ZXZGOLF Store | 4990112 | golfoso@outlook.com |
| 192 | Fun shopping8899 Store | 4303047 | |
| 193 | GemDragonsports Store | 5072189 | |
| 194 | Patteraless GolfSports Store | 4866176 | |
| 195 | hongchenggolf Store | 5051055 | hcgolf12@126.com |
| 196 | KXG Official Store | 4701116 | daiyuan27@126.com |
| 196 | datang dragon Official Store | 1198511 | daiyuan27@126.com |
| 196 | GENERAL Official Store | 4698042 | daiyuan27@126.com |
| 197 | Shenzhen fashion supplies import and export co., LTD | 1488314 | chshm119@126.com |
| 198 | GREEN SEA SHOP Store | 2729002 | |
| 199 | Ilovegolf Store | 5001119 | |
| 200 | Jarry Grip Store | 2343153 | |
| 201 | VICKY G GolfSports Store | 4426035 | |
| 202 | PGM Store | 1330216 | m18903777183_3@163.com 297025451@qq.com |
| 203 | Geoleap golfgrips Store | 4652147 | 376788101@qq.com |
| 203 | Internation golfgrips factory Store | 3476016 | 376788101@qq.com |
| 204 | Yf Factory Two Store | 4688122 | 773292063@qq.com |
| 205 | The grips Store | 3859076 | 2374272678@qq.com |
| 206 | caketopper88 | | ysk841230@163.com |
| 207 | baixuebing2035 | | tfeo1694@163.com mhtsmipw@163.com |
| 208 | futunn | | futunn888@hotmail.com |
| 209 | haofei2034 | | tianyujiekw5@163.com |
| 210 | j98i11 | | kocw8613@163.com |
| 211 | kk100_golf | | KK100-golf@hotmail.com |
| 212 | sexyshop2009 | | sniper_2009@outlook.com |
| 213 | shucha4192 | | shucha419@163.com |
| 214 | 56golf-sales | | moinancy04@msn.com |
| 215 | huangfengxian2011 | | famc8805@163.com |
| 216 | hxyhoo | | topmart@aliyun.com |
| 217 | mki989i | | jcip8528@163.com |
| 218 | vgolight | | 9ET263347W062960X |
| 219 | gripsmarket.com | | 2374272678@qq.com |

| 220 | golfsalesland.com | | gamolainc@hotmail.com sales@golfsalesnow.com |
| 221 | miugolf.com | | sales@miugolf.com |